TOWNSEND AND TOWNSEND AND CREW LLP
Daniel J. Furniss (State Bar No. 073531)
Annie M. Rogaski (State Bar No. 184754) amrogaski@townsend.com
379 Lytton Avenue
Palo Alto, California 94301
Telephone: 650-326-2400
Facsimile: 650-326-2422

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO P.C.
David Barmak
12010 Sunset Hills Road, Suite 900
Reston, Virginia 20190
Telephone: 703-464-4800
Facsimile: 703-464-4895

Attorneys for Defendant
DIGEX, INC.

**E-filed 11/30/05**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE WHITE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIGEX, INC., et al.,<br><br>　　　　　　Defendants. | Case No.   C-01-20985 JF (RS)<br><br>**REQUEST TO ATTEND SUBSEQUENT STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON**<br><br>Date:　　December 9, 2005<br>Time:　　10:30 a.m.<br>Judge:　　The Honorable Jeremy Fogel<br>Dept:　　3, 5th Floor |

　　　　Pursuant to Civil L.R. 16-10(a), Defendant DIGEX, INC. ("DIGEX"), requests permission to participate in the Status Conference scheduled for December 9, 2005, at 10:30 a.m. by telephone.

　　　　DIGEX will be represented at the Status Conference by Annie M. Rogaski, whose direct telephone number is 650-463-7601. Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

1 | DATED: November 28, 2005          TOWNSEND AND TOWNSEND AND CREW LLP

                                   By: /s/ Annie M. Rogaski
                                       Daniel J. Furniss
                                       Annie M. Rogaski

                                       Attorneys for Defendant
                                       DIGEX, INC.

## **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that DIGEX, INC. may appear at the Status Conference, set for December 9, 2005, by telephone.

Date: 11/29/05          /s/electronic signature authorized
                        The Honorable Jeremy Fogel
                        United States District Court Judge

60645030 v1