| | |
|---|---|
| BRIAN C. LEIGHTON, CA BAR # 090907<br>Attorney at Law<br>701 Pollasky Avenue<br>Clovis, California  93612<br>Telephone: (559) 297-6190<br>Facsimile:  (559) 297-6194<br>E-mail: bleighton@arrial.net<br>E-mail: kbarker@arrival.net | **E-filed 11/29/05** |

Attorney for JULIE WHITE

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| JULIE WHITE,<br><br>            Plaintiff,<br><br>       v.<br><br>DIGEX INCORPORATED, and<br>DOES 1 through 10,<br><br>            Defendants. | CASE NO. C-01-20985 JF (RS)<br><br>**REQUEST TO ATTEND STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON**<br><br>DATE:   December 9, 2005<br>TIME:   10:30 a.m.<br>CTRM:   Three, Hon. J. Fogel |

Pursuant to Civil L.R. 16-10(a), Plaintiff, JULIE WHITE ("White" or "Plaintiff"), requests permission to participate in the Status Conference scheduled for December 9, 2005, at 10:30 a.m. by telephone.

Plaintiff will be represented at the Status Conference by Brian C. Leighton, whose telephone number is (559) 297-6190.  Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

DATED: November 29, 2005            /S/ BRIAN C. LEIGHTON_____
                                                      BRIAN C. LEIGHTON, attorney for Plaintiff

REQUEST TO ATTEND STATUS CONFERENCE BY
TELEPHONE AND ORDER THEREON

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff may appear at the Status Conference, set for December 9, 2005 at 10:30 a.m., by telephone.

DATE: 11/29/05

/s/electronic signature authorized
The Honorable Jeremy Fogel
United States District Court Judge