```
BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
701 Pollasky Avenue
Clovis, California  93612                           **E-filed 1/27/06**
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194
E-mail: bleighton@arrial.net
E-mail: kbarker@arrival.net

Attorney for JULIE WHITE
```

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JULIE WHITE,<br><br>   Plaintiff,<br><br>   v.<br><br>DIGEX INCORPORATED, and<br>DOES 1 through 10,<br><br>   Defendants. | CASE NO. C-01-20985 JF (RS)<br><br>**REQUEST TO ATTEND STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON**<br><br>**DATE:** February 3, 2006<br>**TIME:** 10:30 a.m.<br>**CTRM:** Three, Hon. J. Fogel |

  Pursuant to Civil L.R. 16-10(a), Plaintiff, JULIE WHITE ("White" or "Plaintiff"), requests permission to participate in the Status Conference scheduled for February 3, 2006, at 10:30 a.m. by telephone.

  Plaintiff will be represented at the Status Conference by Brian C. Leighton, whose telephone number is (559) 297-6190.  Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

DATED: January 25, 2006     /S/ BRIAN C. LEIGHTON_____
                BRIAN C. LEIGHTON, attorney for Plaintiff

## ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff may appear at the Status Conference, set for February 3, 2006 at 10:30 a.m., by telephone.

DATE: 1/27/06

_____
The Honorable Jeremy Fogel
United States District Court Judge

REQUEST TO ATTEND STATUS CONFERENCE BY
TELEPHONE AND ORDER THEREON                    2