| | |
|---|---|
| 1  TOWNSEND AND TOWNSEND AND CREW LLP | |
|    Daniel J. Furniss (State Bar No. 073531) | |
| 2  Anne M. Rogaski (State Bar No. 184754) amrogaski@townsend.com | |
|    379 Lytton Avenue | |
| 3  Palo Alto, California  94301 | **E-filed 1/27/06** |
|    Telephone:  650-326-2400 | |
| 4  Facsimile:   650-326-2422 | |

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO P.C.
David Barmak
12010 Sunset Hills Road, Suite 900
Reston, Virginia 20190
Telephone:  703-464-4800
Facsimile:   703-464-4895

Attorneys for Defendant
DIGEX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE WHITE, | Case No.   CV-01-20985 JF (RS) |
|                  Plaintiff, | **REQUEST TO ATTEND SUBSEQUENT STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON** |
|          v. | |
| DIGEX, INC., et al., | Date:   February 3, 2006 |
|                  Defendants. | Time:   10:30 a.m. |
| | Judge:  The Honorable Jeremy Fogel |
| | Dept:   3, 5th Floor |

Pursuant to Civil L.R. 16-10(a), Defendant DIGEX, INC. ("DIGEX"), requests permission to participate in the Status Conference scheduled for February 3, 2006, at 10:30 a.m. by telephone.

DIGEX will be represented at the Status Conference by Anne M. Rogaski, whose direct telephone number is 650-463-7601. Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

| | | |
|---|---|---|
|1| DATED: January 25, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |

By:/s/ Anne M. Rogaski
   Daniel J. Furniss
   Anne M. Rogaski

Attorneys for Defendant
DIGEX, INC.

### **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that DIGEX, INC. may appear at the Status Conference, set for February 3, 2006, by telephone.

Date: 1/27/06

The Honorable Jeremy Fogel
United States District Court Judge

60686281 v1

REQUEST TO ATTEND SUBSEQUENT STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON
CASE NO.CV-01-20985 JF (RS)

- 2 -