| | |
|---|---|
| 1 | BRIAN C. LEIGHTON, CA BAR # 090907 |
| | Attorney at Law |
| 2 | 701 Pollasky Avenue |
| | Clovis, California  93612 |
| 3 | Telephone: (559) 297-6190 |
| | Facsimile:  (559) 297-6194 |
| 4 | E-mail: bleighton@arrial.net |
| | E-mail: kbarker@arrival.net |

**E-filed 3/38/06**

Attorney for JULIE WHITE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| JULIE WHITE, | ) | CASE NO. C-01-20985 JF (RS) |
|---|---|---|
| Plaintiff, | ) | **REQUEST TO ATTEND STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON** |
| v. | ) | |
| DIGEX INCORPORATED, and DOES 1 through 10, | ) | **DATE:** March 31, 2006 |
| | ) | **TIME:** 10:30 a.m. |
| Defendants. | ) | **CTRM:** Three, Hon. J. Fogel |

Pursuant to Civil L.R. 16-10(a), Plaintiff, JULIE WHITE ("White" or "Plaintiff"), requests permission to participate in the Status Conference scheduled for March 31, 2006, at 10:30 a.m. by telephone.

Plaintiff will be represented at the Status Conference by Brian C. Leighton, whose telephone number is (559) 297-6190.  Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

DATED: March 10, 2006         /S/ BRIAN C. LEIGHTON
                              BRIAN C. LEIGHTON, attorney for Plaintiff

1 | **ORDER**

2 | Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff may appear at the

3 | Status Conference, set for March 31, 2006 at 10:30 a.m., by telephone.

4 | Please contact Court Call at 866-582-6878 to arrange for the appearance.

5 | DATE: 3/28/06                                    _____
6 |                                                              The Honorable Jeremy Fogel
    |                                                              United States District Court Judge

**REQUEST TO ATTEND STATUS CONFERENCE BY
TELEPHONE AND ORDER THEREON**                    2