| | |
|---|---|
| TOWNSEND AND TOWNSEND AND CREW LLP<br>Daniel J. Furniss (State Bar No. 073531)<br>Anne M. Rogaski (State Bar No. 184754) amrogaski@townsend.com<br>379 Lytton Avenue<br>Palo Alto, California 94301<br>Telephone: 650-326-2400<br>Facsimile: 650-326-2422 | **E-filed 5/10/06** |

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO P.C.
David Barmak
12010 Sunset Hills Road, Suite 900
Reston, Virginia 20190
Telephone: 703-464-4800
Facsimile: 703-464-4895

Attorneys for Defendant
DIGEX, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JULIE WHITE,<br><br>            Plaintiff,<br><br>      v.<br><br>DIGEX, INC., et al.,<br><br>            Defendants. | Case No. CV-01-20985 JF (RS)<br><br>**REQUEST TO ATTEND SUBSEQUENT STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON**<br><br>Date:   May 19, 2006<br>Time:  10:30 a.m.<br>Judge: The Honorable Jeremy Fogel<br>Dept:   3, 5th Floor |

Pursuant to Civil L.R. 16-10(a), Defendant DIGEX, INC. ("DIGEX"), requests permission to participate in the Status Conference scheduled for May 19, 2006 at 10:30 a.m. by telephone.

DIGEX will be represented at the Status Conference by Anne M. Rogaski, whose direct telephone number is 650-463-7601. Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

| | | |
|---|---|---|
| 1 | DATED:  May 5, 2006 | TOWNSEND AND TOWNSEND AND CREW LLP |

By: /s/ Anne M. Rogaski
Daniel J. Furniss
Anne M. Rogaski

Attorneys for Defendant
DIGEX, INC.

### **ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that DIGEX, INC. may appear at the Status Conference, set for May 19, 2006, by telephone.

Date:  5/10/06

The Honorable Jeremy Fogel
United States District Court Judge

60766351 v1