\*\*E-filed 7/14/06\*\*

1  TOWNSEND AND TOWNSEND AND CREW LLP
   Daniel J. Furniss (State Bar No. 073531)
2  Anne M. Rogaski (State Bar No. 184754) amrogaski@townsend.com
   379 Lytton Avenue
3  Palo Alto, California  94301
   Telephone:  650-326-2400
4  Facsimile:   650-326-2422

5  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO P.C.
   David Barmak
6  12010 Sunset Hills Road, Suite 900
   Reston, Virginia 20190
7  Telephone:  703-464-4800
   Facsimile:   703-464-4895
8
   Attorneys for Defendant
9  DIGEX, INC.

10

11                     UNITED STATES DISTRICT COURT

12                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                            SAN JOSE DIVISION

14

15 | JULIE WHITE,                         | Case No.  CV-01-20985 JF (RS)
16 |                  Plaintiff,          | **REQUEST TO ATTEND CASE
17 |            v.                        | MANAGEMENT CONFERENCE BY
                                          | TELEPHONE AND ORDER
18 | DIGEX, INC., et al.,                 | THEREON**
19 |                  Defendants.         | Date:   July 28, 2006
                                          | Time:   10:30 a.m.
20                                        | Judge:  The Honorable Jeremy Fogel
                                          | Dept:   3, 5th Floor
21

22

23      Pursuant to Civil L.R. 16-10(a), Defendant DIGEX, INC. ("DIGEX"), requests permission to

24 participate in the Case Management Conference scheduled for July 28, 2006 at 10:30 a.m. by

25 telephone.

26      DIGEX will be represented at the Case Management Conference by Anne M. Rogaski, whose

27 direct telephone number is 650-463-7601.  Counsel will make arrangements with the Court's

28 teleconference services for the telephonic appearance.

DATED:  July 12, 2006        TOWNSEND AND TOWNSEND AND CREW LLP

By: /s/ Anne M. Rogaski
    Daniel J. Furniss
    Anne M. Rogaski

Attorneys for Defendant
DIGEX, INC.

### ORDER

Good cause appearing therefor, IT IS HEREBY ORDERED that DIGEX, INC. may appear at the Case Management Conference, set for July 28, 2006, by telephone.

Date:  7/14/06

_____
The Honorable Jeremy Fogel
United States District Court Judge

60817986 v1