**E-filed 7/14/06**

BRIAN C. LEIGHTON, CA BAR # 090907
Attorney at Law
701 Pollasky Avenue
Clovis, California  93612
Telephone: (559) 297-6190
Facsimile:  (559) 297-6194
E-mail: bleighton@arrial.net
E-mail: kbarker@arrival.net

Attorney for JULIE WHITE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| JULIE WHITE,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DIGEX INCORPORATED, and<br>DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. C-01-20985 JF (RS)<br><br>**REQUEST TO ATTEND STATUS CONFERENCE BY TELEPHONE AND ORDER THEREON**<br><br>**DATE:**　July 28, 2006<br>**TIME:**　10:30 a.m.<br>**CTRM:**　Three, Hon. J. Fogel |

Pursuant to Civil L.R. 16-10(a), Plaintiff, JULIE WHITE ("White" or "Plaintiff"), requests permission to participate in the Status Conference scheduled for July 28, 2006, at 10:30 a.m. by telephone.

Plaintiff will be represented at the Status Conference by Brian C. Leighton, whose telephone number is (559) 297-6190.  Counsel will make arrangements with the Court's teleconference services for the telephonic appearance.

DATED: July 13, 2006　　　　　　/S/ BRIAN C. LEIGHTON
　　　　　　　　　　　　　　　　BRIAN C. LEIGHTON, attorney for Plaintiff

---

REQUEST TO ATTEND STATUS CONFERENCE BY
TELEPHONE AND ORDER THEREON

1 **ORDER**

2   Good cause appearing therefor, IT IS HEREBY ORDERED that Plaintiff may appear at the
3 Status Conference, set for July 28, 2006 at 10:30 a.m., by telephone.

5 DATE: 7/14/06                                   _____
6                                                 The Honorable Jeremy Fogel
                                                  United States District Court Judge

REQUEST TO ATTEND STATUS CONFERENCE BY
TELEPHONE AND ORDER THEREON                    2