1  TOWNSEND AND TOWNSEND AND CREW LLP
   Daniel J. Furniss (State Bar No. 073531)
2  Anne M. Rogaski (State Bar No. 184754)
   379 Lytton Avenue
3  Palo Alto, California 94301
   Telephone: 650-326-2400
4  Facsimile:  650-326-2422

5  MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO P.C.
   David Barmak
6  Melody A. Rosenberry
   12010 Sunset Hills Road, Suite 900
7  Reston, Virginia 20190
   Telephone:  703-464-4800
8  Facsimile:  703-464-4895

9  Attorneys for Defendant
   DIGEX, INC.

10

11

12                    UNITED STATES DISTRICT COURT

13              FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                          San Jose Division

15  JULIE WHITE,                          Case No.  C-01-20985 JF (RS) ARB

16              Plaintiff,                 **STIPULATION FOR DISMISSAL
                                           WITH PREJUDICE**
17        v.

18  DIGEX, INC., MAX NGUYEN, and
    DOES 1 through 10,
19
                Defendants.
20

21

22        IT IS HEREBY STIPULATED BY THE PARTIES, by and through their respective counsel,

23  that plaintiff Julie White's First Amended Complaint against defendant Digex Inc. is hereby dismissed

24  with prejudice, pursuant to Federal Rule of Civil Procedure 41(a).  Each party is to bear its own

25  attorneys' fees and costs.

26

27

28

                                                                           - 1 -

1  DATED: July 24, 2006                    Respectfully submitted,

2                                          LAW OFFICES OF BRIAN C. LEIGHTON

3
                                           By: _____
4                                              Brian C. Leighton
                                               Attorneys for Plaintiff
5                                              JULIE WHITE

                  Aug. 2,
6  DATED: ~~July 24,~~ 2006                Respectfully submitted,

7                                          TOWNSEND AND TOWNSEND AND CREW LLP

8
                                           By: _____
9                                              Daniel J. Furniss
                                               Anne M. Rogaski
10
                                               Attorneys for Defendant
11                                             DIGEX INCORPORATED

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED   8/31/06.

14

15  _____

16  The Honorable Jeremy Fogel

17  United Stated District Court Judge

18  60828897 v1

19

20

21

22

23

24

25

26

27

28

CASE NO. C-01-20985 JF (RS) ARB
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1   Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest

2   under penalty of perjury that concurrence in the filing of the document has been obtained from Brian

3   C. Leighton.

4                                                              TOWNSEND AND TOWNSEND AND CREW LLP

5                                                              By:_____

6                                                                    Anne M. Rogaski

7                                                              Attorneys for Defendant DIGEX INCORPORATED

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -